IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JANEY TAYLOR, as Administratrix of the Estate of Mauris Crespo, Deceased, </br></br>*Plaintiff,* </br></br>v. </br></br>WHITE COUNTY, TENNESSE; *et al.* </br></br>*Defendants.* | Case No. 2:19-CV-00104 </br></br>JUDGE CRENSHAW/ </br>MAGISTRATE JUDGE NEWBERN </br></br></br></br>JURY DEMANDED |

**JOINT REPORT**

Pursuant to this Court's orders (Doc. No. 13 & Doc. No. 17), the parties make this joint report. The parties have exchanged multiple demands and offers based upon each parties' good-faith valuation of the case. Most recently, the plaintiff provided the defendants with another offer on June 14, 2021 and the defendants expect to respond by the end of the week. The parties will continue to make efforts to resolve this matter. The parties do not feel that ADR is necessary at this time. If this changes, the parties will inform the court.

JOINTLY SUBMITTED BY:

/s/ Richard M. Brooks
Richard M. Brooks, BPR #4308
130 Third Avenue West
Carthage, TN 37030
Phone: 615-735-0807
Fax: 615-735-1921
utkrmb@comcast.net
*Counsel for Plaintiff*

/s/ Michael T. Schmitt
Michael T. Schmitt, BPR # 025673
330 Commerce Street, Suite 110
Nashville, TN 37201
Phone: 615-256-9999
Fax: 615-726-1494
mschmitt@ortalekelley.com
*Counsel for Defendants White County, Tennessee,*
*Steve Page, Jacob Duke and Kyle Myer*