UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| ISMAEL CRESPO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WHITE COUNTY, TENNESSEE, et al., <br><br> Defendants. | Case No. 2:19-cv-00104 <br><br> Chief Judge Waverly D. Crenshaw, Jr. <br> Magistrate Judge Alistair E. Newbern |

## ORDER

The parties have notified the Court that they have settled all claims in this action. By no later than September 20, 2021, the parties shall file a stipulation of dismissal. All outstanding case management deadlines are suspended.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge