IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JANEY TAYLOR, as Administratrix of the Estate of Mauris Crespo, Deceased, | Case No. 2:19-CV-00104 |
| *Plaintiff,* | JUDGE CRENSHAW/ MAGISTRATE JUDGE NEWBERN |
| v. | |
| WHITE COUNTY, TENNESSE; *et al.* | JURY DEMANDED |
| *Defendants.* | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal rules of Civil Procedure, Plaintiff Janey Taylor, as Administratrix of the Estate of Maurice Crespo stipulates that all claims against all Defendants are dismissed with prejudice.

JOINTLY SUBMITTED BY:

/s/ Richard M. Brooks
Richard M. Brooks, BPR #4308
130 Third Avenue West
Carthage, TN 37030
Phone: 615-735-0807
Fax: 615-735-1921
utkrmb@comcast.net
*Counsel for Plaintiff*

*Michael T. Schmitt*
Michael T. Schmitt, BPR # 025673
330 Commerce Street, Suite 110
Nashville, TN 37201
Phone: 615-256-9999
Fax: 615-726-1494
mschmitt@ortalekelley.com
*Counsel for Defendants*

2